UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:08-CR-337-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | (DE 151) |
| CRAIG NEILDONDO SMALLS ) | |
| ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 151 (Medical Records) be sealed until further notice by this Court.

This 11 day of November, 2021.

*J. Dever*
JAMES C. DEVER III
United States District Judge